## John Dee FLORES v. STATE.
### No. 25856.

Court of Criminal Appeals of Texas.
June 18, 1952.

Murray J. Howze, Monahans, for appellant.

George P. Blackburn, State's Atty., Austin, for the State.

BEAUCHAMP, Judge.

Appellant was convicted of passing a forged instrument and sentenced to 2 years in the penitentiary by the District Court of Winkler County.

An application has been filed by his attorney of record for the dismissal of the appeal on the ground that the appellant committed suicide on May 27, 1952. The application is granted and the appeal is dismissed. The original opinion is withdrawn and this is substituted in lieu thereof.

## BYRD v. STATE.
### No. 25890.

Court of Criminal Appeals of Texas.
June 11, 1952.

No attorney for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Appellant waived trial by jury and entered his plea of guilty before the court under an indictment for driving while intoxicated, with a prior conviction for a like offense. The court assessed his punishment at a fine of $250 and 30 days in jail.

The record brought forward on appeal contains neither a statement of facts nor bill of exception. The proceedings appear to be regular in every respect and nothing is presented for review by this court.

The judgment of the trial court is affirmed.

## Nellie M. ESSLER v. STATE.
### No. 25927.

Court of Criminal Appeals of Texas.
June 18, 1952.

Nellie M. Essler, in pro. per.

George P. Blackburn, State's Atty., Austin, for the State.

BEAUCHAMP, Judge.

Appellant plead guilty to the offense of driving while intoxicated, and the court assessed her punishment at 30 days in jail and $500 fine.

Accompanying the record is an affidavit in proper form, executed by the appellant, requesting the dismissal of the appeal. Appellant's request is granted and the appeal is dismissed.